United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDDIE BALLESTEROS,

    Petitioner,

    v

G NOLL, Warden,

    Respondent.

No C-09-5034 VRW (PR)

ORDER DIRECTING PETITIONER TO PAY FILING FEE OR FILE APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

    On October 21, 2009, petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 USC § 2254. Doc #1. The court notified petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis ("IFP") application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Petitioner was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc #2.

The court cannot conduct an initial review of this matter until petitioner has either paid the filing fee or completed an IFP application.  See 28 USC § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).  Accordingly, petitioner is directed to pay the requisite $5.00 filing fee in this action no later than thirty (30) days from the date of this order.  He must include with his payment a clear indication that it is for the above-referenced case number, No C-09-5034 VRW (PR).

In the event petitioner is unable to pay the filing fee, he must submit an IFP application, trust account statement and certificate of funds no later than thirty (30) days from the date of this order.  Failure to pay the filing fee or file the requisite documents within the thirty-day deadline will result in dismissal of this action.

The clerk of the court is directed to send petitioner a blank prisoner IFP application form along with his copy of this order.

IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**

G:\PRO-SE\VRW\HC.09\Ballesteros-09-5034-ifp or filing fee.wpd

**United States District Court**
For the Northern District of California

**2**